UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LEONARD B. CAPERS | CIVIL ACTION NO. 10-cv-0056 |
| versus | JUDGE HICKS |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, noting that consistent with the Plaintiff's prior pattern no written objections were filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is dismissed without prejudice for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 17th day of September, 2010.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE